# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MUHAMMAD PAHLAWAN<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:24-MJ-00016<br>)<br>)<br>)<br>) |

FILED
Feb 11 2024
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief: On or about the dates of January 1, 2024 to January 11, 2024, outside of any district of the United States, and pursuant to 18 U.S.C. § 2280a(b), the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2280a(a)(1)(B)(i) | violence against maritime navigation and maritime transport involving weapons of mass destruction |
| 18 U.S.C. § 2237(a)(2)(B)) | criminal sanctions for providing false information |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSAs:
John T. Gibbs; Troy A. Edwards, Jr.; Gavin R. Tisdale

*Complainant's signature*

Special Agent Patrick Francisco, FBI
*Printed name and title*

Sworn to before me in accordance with Fed. R. Crim. P. 4.1 by telephone on:
Date:  February 11, 2024

/s/
*Judge's signature*

City and state:   Richmond, Virginia

Hon. Summer L. Speight, U.S. Magistrate Judge
*Printed name and title*