11640865

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MUHAMMAD PAHLAWAN<br><br>Defendant | )<br>)  Case No.  3:24-MJ-00016<br>)<br>)<br>)<br>)<br>) |

**SEALED**

RECEIVED U.S. MARSHALS SERVICE
EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION
2024 FEB 12 P 2:14

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Muhammad Pahlawan                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2280a(a)(1)(B)(i) (violence against maritime navigation and maritime transport involving weapons of mass destruction)

18 U.S.C. § 2237(a)(2)(B) (providing materially false information)

Date: 02/11/2024

/s/ _____
Issuing officer's signature

City and state: Richmond, Virginia

Hon. Summer L. Speight, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/11/2024, and the person was arrested on *(date)* 2/15/2024
at *(city and state)* Manama, Bahrain.

Date: 2/22/2024

_____
Arresting officer's signature

PATRICK FRANCISCO / SPECIAL AGENT
*Printed name and title*