IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:24-MJ-16 |
| ) | |
| MUHAMMAD PAHLAWAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER TO UNSEAL**

This matter comes before the Court on the Government's Motion to Unseal (ECF No. 14), in which the Government seeks to unseal its Omnibus Motion and Order to Seal (ECF Nos. 1, 2) and February 15 and 21, 2024 notices to the Court regarding presentment (ECF Nos. 6, 7).

Having considered the motion and pursuant to Local Criminal Rule 49, the Court ORDERS that the following documents shall be unsealed in their entirety and placed on the public docket: (1) the Government's omnibus motion to seal and related order (ECF Nos. 1, 2); and (2) the Government's February 15 and 21, 2024 notices to the Court regarding presentment (ECF Nos. 6, 7).

Let the Clerk file this Order electronically thereby notifying all counsel of record.

IT IS SO ORDERED.

Date: February 27, 2024
Richmond, Virginia

/s/
Summer L. Speight
United States Magistrate Judge